**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-13900 |
| | : | |
| | : | CHAPTER 13 |
| GLORIA & AaRON WARREN | : | |
| DEBTOR | : | |

**THIRD AMENDED**
**CHAPTER 13 PLAN**

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$19,004.00 at the rate of $1,480.00 over the first 8 months and $337.00 per month over the plan balance of 52 months.**

2. From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U. S. C. §507 as follows:

**CITY OF PHILA., WATER clm#8&10$5,940.00**

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**DITECH first mortgage arrears including attorney fees and cost totaling $11,323.00.  Payments are to be forwarded to the proof of claim address.**

**DEBTOR SHALL PAY THE REMAINING SECURED CREDITORS OUTSIDE THE PLAN.**
(c) Subsequent to dividends to secured creditors, **PRO-RATA DIVIDENDS TO UNSECURED CREDITORS WHOSE CLAIMS ARE DULY ALLOWED** :

3. The following executory contracts of the debtor are rejected :  None.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U. S. C.§350.

Dated:  2/4/2017/S/ Gloria Johnson-Warren/s/ Aaron Warren
DebtorCo-Debtor

C:\Users\bruce\Dropbox\DC33_CLIENTS\BANKRUPTCY\Warren,Aaron\AWarrenCHP13PLN-A3.wpd