**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-13900 AMC |
| | : | |
| | : | CHAPTER 13 |
| AARON WARREN & | | |
| GLORIA WARREN | : | |
| DEBTOR | : | |

**Debtor's Motion for Reconsideration of Order Granting Dismissal of Case**

Debtor hereby moves for reconsideration as to the Order Dismissing their Chapter 13 case on for Failure to make Trustee Payments

1. On **APRIL 18 2018**, this court entered an Order, to dismiss this case on motion of the Trustee William Miller for Debtor's failure to make payments.

2. At the time of the dismissal debtor was less than one payment in arrears Debtors payments are $337.00 and they were in arrears $254.00.

3. The Debtors had posted two payments as of 4/3/2018 and docket sheet # 35 stated that the Trustee's Motion Was Withdrawn on 4/17/2018.

4. Debtors' will pay all funds to the Trustee necessary to become current as of the hearing date.

WHEREFORE, the Debtor requests that this Court vacate its Order Dismissing her Chapter 13 case allowing debtor to continue in this chapter 13.

Date: April 24, 2018

                                               /S/BRUCE J. TRAWICK
                                               Bruce J. Trawick,Esq
                                               Attorney for Debtor