**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Gloria P. Johnson and Aaron P. Warren : | | |
| **Debtors** | : | |
| | : | CHAPTER 13 |
| US Bank Trust National Association, | : | |
| As Trustee of the Cabana Series III Trust | : | |
| **Movant** | : | Case No. 16-13900-AMC |
| v. | : | Hearing Date: 02-27-2020 at 11:00 am |
| | : | |
| Gloria P. Johnson and Aaron P. Warren | : | 11 U.S.C. 362 |
| **Respondents** | : | |
| _____ | : | |

**ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

And now Gloria P. Johnson and Aaron P. Warren, by their attorney, Stephen M. Dunne,

Esquire answers the request for relief from the automatic stay and avers as follows:

1.    Denied.

2.    Admitted.

3.    Admitted.

4.    Denied.

5.    Denied.

6.    Denied.

7.    Denied.

8.    Admitted.

9.    Denied.  Debtors have made all payments since March 2019 to present pursuant

to the terms of the note and mortgage as evidenced by the attached TD Bank & Police and Fire

Federal Credit Union bank statements dated March 2019 through February 2020. See Ex. A-K.

| Date | Amount | Method of Payment | Confirmation Number | Bank Statement |
|------|--------|-------------------|---------------------|----------------|
| March 6, 2019 | $458.06 | Telephonic Payment | 146154831 | TD Bank |
| April 3, 2019 | $458.06 | Telephonic Payment | 146154831 | Police and Fire Federal Credit Union |
| May 7, 2019 | $458.06 | Telephonic Payment | 146154831 | TD Bank |
| June 12, 2019 | $458.06 | Telephonic Payment | 146154831 | TD Bank |
| July 10, 2019 | $458.06 | Telephonic Payment | 146154831 | TD Bank |
| August 8, 2019 | $458.06 * | Telephonic Payment | 146154831 | TD Bank |
| September 17, 2019 | $430.13 * | Telephonic Payment | 146154831 | TD Bank |
| October 9, 2019 | $430.13 * | Telephonic Payment | 146154831 | TD Bank |
| November 13, 2019 | $430.13 * | Telephonic Payment | 146154831 | TD Bank |
| December 13, 2019 | $430.13 * | Telephonic Payment | 146154831 | TD Bank |
| February 4, 2020 | $430.13 * | Telephonic Payment | 146154831 | TD Bank |

**\*Notice of Mortgage Payment Change filed 07/11/19 effective 08/01/19 - $430.13\***

10.     Denied. Debtors made all payments pursuant to the note and mortgage.

11.     Denied.

12.     Denied.

13.     Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,
Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102