MARCH 2019

**TD Bank**
America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 4
Statement Period: Mar 06 2019-Apr 05 2019
Cust Ref #: 4302079002-622-E-***
Primary Account #: 430-2079002

## TD Simple Checking

GLORIA JOHNSON

Account # 430-2079002

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 626.80 | Average Collected Balance | 198.91 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 90.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,298.00 | Days in Period | 31 |
| Service Charges | 5.99 | | |
| Ending Balance | 373.33 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Checks Paid** No. Checks: 3 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/08 | 382 | 40.00 | 04/02 | 386 | 40.00 |
| 03/18 | 385* | 10.00 | | | |
| | | | | Subtotal: | 90.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| * 03/06 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 458.06* |
| 03/12 | DEBIT POS, *****45154068080, AUT 031219 DDA PURCHASE ACME STORE 2789 UPPER DARBY * PA | 14.37 |
| 03/13 | DEBIT CARD PURCHASE, *****45154068080, AUT 031219 VISA DDA PUR ZIPCAR INC 866 494 7227 * MA | 7.00 |
| 03/15 | DEBIT POS, *****45154068080, AUT 031519 DDA PURCHASE SHOPRITE PARKSIDE S1 PHILADELPHIA * PA | 18.51 |
| 03/18 | DEBIT POS, *****45154068080, AUT 031619 DDA PURCHASE ROSS STORES 301 PHILADELPHIA * PA | 16.19 |
| 03/26 | DEBIT POS, *****45154068080, AUT 032619 DDA PURCHASE CVS PHARMACY 02 02114 PHILADELPHIA * PA | 2.87 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



901 Arch Street
Philadelphia, PA 19107-2495
215/931-0300 | 800/228-8801
www.pffcu.org

April 2019

Refer Family Members & Co-Workers to JOIN PFFCU. YOU & the NEW Member can each get up to $400 in Cash Bonus Rewards. See *The Shield* for details.

GLORIA P WARREN
AARON P WARREN
732 MARLYN RD
PHILADELPHIA PA 19151

ACCOUNT NUMBER: 0091[redacted]1651
STATEMENT PERIOD FROM 04/01/19 TO 04/30/19

| BALANCE SUMMARY | Beginning Balance | Ending Balance |
|---|---|---|
| Total Regular Share Balance | 547.23 | 251.82 |

| S0001 SAVINGS | Deposit/Credit | Withdrawal/Debit | Fee | Balance |
|---|---|---|---|---|
| **BEGINNING BALANCE** | | | | 5.00 |
| **ENDING BALANCE** | | | | 5.00 |

| | S0004 CHECKING | Deposit/Credit | Withdrawal/Debit | Fee | Balance |
|---|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | | 542.23 |
| 04/03 | Withdrawal ACH BSI FINANCIAL SE | | - 458.06 | | 84.17 |
| 04/11 | Deposit Transfer<br>From WARREN,AARON P XXXXXXXXX Share 0004 | 450.00 | | | 534.17 |
| 04/15 | Withdrawal ACH ERIE INS GROUP | | - 286.33 | | 247.84 |
| 04/15 | Withdrawal Transfer<br>To WARREN,AARON P XXXXXXXXX Share 0004 | | - 47.00 | | 200.84 |
| 04/18 | Withdrawal Transfer<br>To WARREN,AARON P XXXXXXXXX Share 0004 | | - 130.00 | | 70.84 |
| 04/23 | Withdrawal ACH LINCOLN HERITAGE | | - 90.90 | | - 20.06 |
| 04/23 | Withdrawal Courtesy OD Fee | | - 19.00 | | - 39.06 |
| 04/25 | Deposit Transfer<br>From WARREN,AARON P XXXXXXXXX Share 0004 | 450.00 | | | 410.94 |
| 04/29 | Check 101 | | - 40.00 | | 370.94 |
| 04/29 | Check 103 | | - 124.31 | | 246.63 |
| 04/30 | Deposit Monthly Dividend Split Rate<br>ANNUAL PERCENTAGE YIELD EARNED 1.000% | 0.19 | | | 246.82 |
| | **ENDING BALANCE** | | | | 246.82 |

Total Deposits and Other Credits $900.19

Total Withdrawals and Other Debits -$1,195.60

*Indicates Effective Date

MAY 2019



America's Most Convenient Bank®

E

STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 4
Statement Period: May 06 2019-Jun 05 2019
Cust Ref #: 430207900Z-622-E-***
Primary Account #: 430-2079002

## Privacy Notice:

Our privacy notice describes how we collect, share and protect your personal information. It has not materially changed since May 2015. For a copy, go to tdbank.com/exc/pdf/privacy_shareinformation.pdf or call 888-937-1050.

## TD Simple Checking

GLORIA JOHNSON

Account # 430-2079002

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 715.60 | Average Collected Balance | 304.42 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 53.70 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 720.29 | Days in Period | 31 |
| Service Charges | 5.99 | | |
| Ending Balance | 1,076.14 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/31 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/09 | 388 | 53.70 |
| | Subtotal: | 53.70 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | TD ATM DEBIT, *****45154068080, AUT 050419 DDA WITHDRAW 2200 GARRETT ROAD DREXEL HILL * PA | 80.00 |
| 05/06 | DEBIT POS, *****45154068080, AUT 050419 DDA PURCHASE CVS PHARM 02222 HAVER PHILADELPHIA * PA | 23.61 |
| 05/07 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 468.06 |
| 05/13 | DEBIT CARD PAYMENT, *****45154068080, AUT 051019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 05/30 | DEBIT CARD PURCHASE, *****45154068080, AUT 052919 VISA DDA PUR ERKIE PHILADELPHIA * PA | 27.50 |

JUNE 2019



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 3
Statement Period: Jun 06 2019-Jul 05 2019
Cust Ref #: 4302079002-622-E-***
Primary Account #: 430-2079002

## TD Simple Checking

GLORIA JOHNSON

Account # 430-2079002

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,076.14 | Average Collected Balance | 814.69 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,257.92 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 30 |
| Ending Balance | 952.75 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/28 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/10 | DEBIT CARD PURCHASE, *****45154068080, AUT 060819 VISA DDA PUR CHIPOTLE 1045 PHILADELPHIA * PA | 19.01 |
| 06/10 | DEBIT POS, *****45154068080, AUT 060919 DDA PURCH W/CB WAL MART 5881 SPRINGFIELD * PA | 126.79 |
| 06/11 | DEBIT CARD PAYMENT, *****45154068080, AUT 061019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 06/12 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 458.06 |
| 06/26 | DEBIT POS, *****45154068080, AUT 062619 DDA PURCHASE SM SEAFOOD MKT PHILADELPHIA * PA | 51.00 |
| 06/28 | DEBIT POS, *****45154068080, AUT 062819 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 25.71 |
| 07/01 | DEBIT CARD PAYMENT, *****45154068080, AUT 062919 VISA DDA PUR WWW CVS COM 888 607 4287 * IN | 5.00 |
| 07/01 | DEBIT POS, *****45154068080, AUT 063019 DDA PURCHASE SHOPRITE ISLAND AVE S1 PHILADELPHIA * PA | 18.71 |
| 07/02 | ELECTRONIC PMT-TEL, COMENITY PAY SB PHONE PYMT P****0283346484 | 69.06 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 3
Statement Period: Jul 06 2019-Aug 05 2019
Cust Ref #: 4302079002-622-E-***
Primary Account #: 430-2079002

## TD Simple Checking

GLORIA JOHNSON

Account # 430-2079002

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 952.75 | Average Collected Balance | 674.86 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 666.39 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 31 |
| Ending Balance | 1,420.89 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | DEBIT CARD PURCHASE, *****45154068080, AUT 070619 VISA DDA PUR SEPTA IVR 855 567 3782 * PA | 30.00 |
| 07/10 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 458.06 |
| 07/11 | DEBIT CARD PAYMENT, *****45154068080, AUT 071019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.18 |
| 07/24 | DEBIT POS, *****45154068080, AUT 072319 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 67.76 |
| 07/25 | DEBIT POS, *****45154068080, AUT 072519 DDA PURCHASE CVS PHARMACY 05 05081 BALA CYNWYD * PA | 10.18 |
| 07/26 | DEBIT POS, *****45154068080, AUT 072619 DDA PURCHASE SHOPRITE PARKSIDE S1 PHILADELPHIA * PA | 37.04 |
| 07/29 | DEBIT POS, *****45154068080, AUT 072719 DDA PURCHASE WAWA 8070 UPPER DARBY * PA | 13.32 |
| 07/31 | DEBIT CARD PAYMENT, *****45154068080, AUT 072919 VISA DDA PUR WWW CVS COM 888 607 4287 * IN | 5.00 |
| 08/01 | DEBIT CARD PURCHASE, *****45154068080, AUT 073119 VISA DDA PUR CHIPOTLE 1862 HAVERTOWN * PA | 23.85 |
| | Subtotal: | 666.39 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

August 2019



STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3625

Page: 1 of 3
Statement Period: Aug 06 2019-Sep 05 2019
Cust Ref #: [illegible]
Primary Account #: [illegible]2079002

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

**TD Simple Checking**

GLORIA JOHNSON

Account # [illegible]2079002

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,420.89 | Average Collected Balance | 857.95 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,146.94 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 31 |
| Ending Balance | 1,408.48 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/30 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| * 08/08 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 498.00 * |
| 08/12 | DEBIT CARD PAYMENT, *****45154068080, AUT 081019 VISA DDA PUR ANC ANCESTRY.COM 800 2623787 * UT | 21.59 |
| 08/12 | DEBIT POS, *****45154068080, AUT 081019 DDA PURCHASE ACME STORE 3711 BALA CYNWYD * PA | 37.72 |
| 08/16 | TD ATM DEBIT, *****45154068080, AUT 081519 DDA WITHDRAW 2200 GARRETT ROAD DREXEL HILL * PA | 300.00 |
| 08/19 | TD ATM DEBIT, *****45154068080, AUT 081819 DDA WITHDRAW 4020 CITY LINE AVE PHILADELPHIA * PA | 140.00 |
| 08/26 | DEBIT POS, *****45154068080, AUT 082519 DDA PURCH W/CB TARGET T 4000 MONUMEN PHILADELPHIA * PA | 86.02 |
| 08/28 | NONTD ATM DEBIT, *****45154068080, AUT 082819 DDA WITHDRAW 8220 W BARTRM AVE PHILADELPHIA * PA | 40.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Sept 2019





STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 3
Statement Period: Sep 06 2019-Oct 05 2019

**TD now accepts Real Time Payments!**

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

**TD Simple Checking**

GLORIA JOHNSON

Account # [redacted]9002

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,408.48 | Average Collected Balance | 957.60 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,082.54 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 30 |
| Ending Balance | 1,460.47 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | TD ATM DEBIT, *****45154068080, AUT 090719 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 200.00 |
| 09/09 | DEBIT POS, *****45154068080, AUT 090919 DDA PURCHASE WAWA 254 ESSINGTON * PA | 10.00 |
| 09/09 | DEBIT POS, *****45154068080, AUT 090919 DDA PURCH W/CB SHOPRITE ISLAND AVE S1 PHILADELPHIA * PA | 62.22 |
| 09/11 | DEBIT CARD PAYMENT, *****45154068080, AUT 091019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 09/16 | TD ATM DEBIT, *****45154068080, AUT 091419 DDA WITHDRAW 4020 CITY LINE AVE PHILADELPHIA * PA | 140.00 |
| 09/17 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 430.13 |
| 09/24 | DEBIT POS, *****45154068080, AUT 092419 DDA PURCH W/CB CVS PHARM 02222 HAVER PHILADELPHIA * PA | 42.44 |

Oct 2019



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825



Page: 1 of 3
Statement Period: Oct 06 2019-Nov 05 2019
Cust Ref #: 4302079002-622-E-***
Primary Account #: 430-2079002

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## TD Simple Checking

GLORIA JOHNSON

Account # 430-2079002

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,460.47 | Average Collected Balance | 847.19 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,291.83 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 31 |
| Ending Balance | 1,303.17 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DEBIT CARD PURCHASE, *****45154068080, AUT 100319 VISA DDA PUR VINCENTSPIZZA PHILADELPHIA * PA | 15.66 |
| 10/09 | TD ATM DEBIT, *****45154068080, AUT 100819 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 100.00 |
| 10/09 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 430.13 |
| 10/11 | DEBIT CARD PURCHASE, *****45154068080, AUT 100919 VISA DDA PUR SARDIS POLLO PHILADELPHI PHILADELPHIA * PA | 25.92 |
| 10/11 | DEBIT CARD PAYMENT, *****45154068080, AUT 101019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 10/18 | DEBIT POS, *****45154068080, AUT 101819 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 83.51 |
| 10/21 | ELECTRONIC PMT-TEL, PMNTUS SVC FEE SERVICEFEE 0746466 | 1.75 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Nov 2019



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 3
Statement Period: Nov 06 2019-Dec 05 2019
Cust Ref #: [redacted]-622-E-***
Primary Account #: [redacted]79002

**TD Simple Checking**

GLORIA JOHNSON

Account # [redacted]79002

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,303.17 | Average Collected Balance | 857.64 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,260.11 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 30 |
| Ending Balance | 1,177.59 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | ELECTRONIC PMT-TEL, CITYOFPHILA-API WATER 2268739 | 35.79 |
| 11/12 | DEBIT CARD PAYMENT, *****45154068080, AUT 111019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 11/12 | DEBIT POS, *****45154068080, AUT 111119 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 75.54 |
| 11/12 | TD ATM DEBIT, *****45154068080, AUT 111219 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 60.00 |
| 11/13 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 430.13 |
| 11/15 | DEBIT POS, *****45154068080, AUT 111519 DDA PURCHASE SHOPRITE ISLAND AVE S1 PHILADELPHIA * PA | 32.80 |
| 11/21 | TD ATM DEBIT, *****45154068080, AUT 112119 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 100.00 |
| 11/21 | TD ATM DEBIT, *****45154068080, AUT 112119 DDA WITHDRAW 4020 CITY LINE AVE PHILADELPHIA * PA | 100.00 |
| 11/25 | DEBIT POS, *****45154068080, AUT 112419 DDA PURCH W/CB WALGREENS STORE 300 N 63 PHILADELPHIA * PA | 24.31 |
| 11/25 | NONTD ATM DEBIT, *****45154068080, AUT 112419 DDA WITHDRAW 1600 DELAWARE AVE PHILADELPHIA * PA | 200.00 |
| 11/25 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender







America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

GLORIA JOHNSON
732 MARLYN RD
PHILADELPHIA PA 19151-3825

Page: 1 of 3
Statement Period: Dec 06 2019-Jan 05 2020
Cust Ref #: [redacted]2-622-E-***
Primary Account #: [redacted]079002

## TD Simple Checking

GLORIA JOHNSON

Account # [redacted]002

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,177.59 | Average Collected Balance | 704.96 |
| Electronic Deposits | 1,140.52 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,046.76 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 5.99 | Days in Period | 31 |
| Ending Balance | 265.36 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | ACH DEPOSIT, PENSION DSB REG PENSION Y2175990 | 1,140.52 |
| | Subtotal: | 1,140.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | TD ATM DEBIT, *****45154068080, AUT 120719 DDA WITHDRAW 4020 CITY LINE AVE PHILADELPHIA * PA | 160.00 |
| 12/11 | DEBIT CARD PAYMENT, *****45154068080, AUT 121019 VISA DDA PUR ANC ANCESTRY COM 800 2623787 * UT | 21.59 |
| 12/12 | DEBIT POS, *****45154068080, AUT 121219 DDA PURCHASE SHOPRITE ISLAND AVE S1 PHILADELPHIA * PA | 50.39 |
| 12/12 | TD ATM DEBIT, *****45154068080, AUT 121219 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 200.00 |
| 12/13 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 430.13 |
| 12/16 | DEBIT POS, *****45154068080, AUT 121519 DDA PURCHASE WAL MART 5881 SPRINGFIELD * PA | 89.46 |
| 12/19 | DEBIT POS, *****45154068080, AUT 121919 DDA PURCHASE MARTINS SPECIALTY SAUSAG PHILADELPHIA * PA | 30.22 |
| 12/19 | DEBIT POS, *****45154068080, AUT 121919 DDA PURCHASE GODSHALLS POULTRY PHILADELPHIA * PA | 43.50 |
| 12/19 | DEBIT POS, *****45154068080, AUT 121919 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 85.88 |
| 12/20 | DEBIT POS, *****45154068080, AUT 122019 DDA PURCHASE WAL MART 5881 SPRINGFIELD * PA | 187.54 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

JAN 2020



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

GLORIA JOHNSON

Page: 3 of 3
Statement Period: Jan 06 2020-Feb 05 2020
Cust Ref #: 430207900[redacted]-622-E-***
Primary Account #: 43[redacted]-2079002

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21 | DEBIT POS, *****45154068080, AUT 011820 DDA PURCHASE TJ MAXX 18329 VILLAG OLNEY * MD | 31.63 |
| 01/21 | DEBIT POS, *****45154068080, AUT 011820 DDA PURCH W/CB GIANT 2317 18140 VILL ONLEY * MD | 34.82 |
| 01/21 | DEBIT POS, *****45154068080, AUT 012120 DDA PURCHASE FAMILY MEDICINE PHILADELPHIA * PA | 20.00 |
| 01/21 | TD ATM DEBIT, *****45154068080, AUT 012120 DDA WITHDRAW 4020 CITY LINE AVE PHILADELPHIA * PA | 40.00 |
| 01/22 | DEBIT CARD PURCHASE, *****45154068080, AUT 012120 VISA DDA PUR UBER TRIP HELP UBER COM * CA | 22.61 |
| 01/27 | DEBIT POS, *****45154068080, AUT 012720 DDA PURCHASE ALDI 60054 PHILADELPHIA * PA | 9.40 |
| 01/29 | DEBIT CARD PURCHASE, *****45154068080, AUT 012820 VISA DDA PUR SEPTA IVR 855 567 3782 * PA | 15.00 |
| 01/31 | DEBIT CARD PAYMENT, *****45154068080, AUT 012920 VISA DDA PUR WWW CVS COM 888 607 4287 * IN | 5.00 |
| 01/31 | TD ATM DEBIT, *****45154068080, AUT 013120 DDA WITHDRAW CARDTRONICS CCSB PHILADELPHIA * PA | 300.00 |
| 02/03 | DEBIT POS, *****45154068080, AUT 013120 DDA PURCHASE FRESH GROC MONUMENT S1 PHILADELPHIA * PA | 29.90 |
| 02/03 | TD ATM DEBIT, *****45154068080, AUT 020120 DDA WITHDRAW 1500 JFK BOULEVARD PHILADELPHIA * PA | 80.00 |
| 02/04 | ELECTRONIC PMT-TEL, BSI FINANCIAL SE BSI FINANC ****548431 | 430.13 |
| 02/04 | DEBIT POS, *****45154068080, AUT 020420 DDA PURCHASE SHOPRITE ISLAND AVE S1 PHILADELPHIA * PA | 70.01 |
| | Subtotal: | 1,261.96 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | MAINTENANCE FEE | 5.99 |
| | Subtotal: | 5.99 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/05 | 265.36 | 01/27 | 33.44 |
| 01/06 | 247.36 | 01/29 | 18.44 |
| 01/13 | 99.49 | 01/31 | 854.76 |
| 01/14 | 92.10 | 02/03 | 744.86 |
| 01/17 | 192.10 | 02/04 | 244.72 |
| 01/21 | 65.45 | 02/05 | 238.73 |
| 01/22 | 42.84 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender