

## 732 Marlyn Rd
Philadelphia, PA 19151

| $126,852 | $54,900 | 3 | 1 |
|---|---|---|---|
| Redfin Estimate | Last Sold Price | Beds | Bath |
| **1,162** Sq. Ft. | | | |
| $109 / Sq. Ft. | | | |

Built: 1925
Status: Sold   Source: Public Records



OFF MARKET

Thinking About Selling?

Sell your home for more,
pay a 1% listing fee
when you sell and buy

Estimated sale price
**$121,000 - $134,000**

Talk to Redfin About Selling

I'm the Owner

3/23/2020

Case 16-13900-amc    Doc 55-2    Filed 03/23/20    Entered 03/23/20 15:57:46    Desc
Exhibit $126 852.00 - Property Valuation    Page 2 of 16

732 Marlyn Rd, Philadelphia, PA 19151 - Redfin

Street View

# Redfin Estimate for 732 Marlyn Rd

Edit Home Facts to improve accuracy.

Create an Owner Estimate

## $126,852

**Track This Estimate**

+$72K since sold in 1996
Estimate history not available – we'll add it here when we have enough quality data.
Redfin Estimate based on recent home sales.

SOLD FEB 24, 2020                A                SOLD DEC 27, 2019



| $83,500 | 3 | 1 | 1,162 | $105,000 | 3 | 1 | 1,1 |
| 724 Marlyn Rd | Beds | Baths | Sq. Ft. | 1516 N Felton St | Beds | Baths | Sq |
| Philadelphia, PA 19151 | | | | Philadelphia, PA 19151 | | | |

## Homeowner Tools



**Edit home facts**
Review property details and add renovations.

3/23/2020

Case 16-13900-amc    Doc 55-2    Filed 03/23/20    Entered 03/23/20 15:57:46    Desc
Exhibit $126   852.00 - Property Valuation    Page 3 of 16

732 Marlyn Rd, Philadelphia, PA 19151 | Redfin



**Manage photos**

Update home photos or make them private.



**Create an Owner Estimate**

Select recent home sales to estimate your home's value.



**View Owner Dashboard**

Track your estimate and nearby sale activity.

---

## What Can You Make from Selling Your Home?

| Home Sale Price ⓘ | Outstanding Mortgage ⓘ |
|---|---|
| $126,852 | $15,000 |

|  | Selling with Traditional Agent | Selling with Redfin Agent |
|---|---|---|
|  |  | +$806 |
| Your Total Sale Proceeds | $101,217 | $102,023 |
| Seller Agent Commission | 3% ($3,806) | $3,000 |

**Compare Agent Services** ⌄

| Show Taxes and Fees | ⌄ |
|---|---|



Get $806 More Selling Your Home with a Redfin Agent

Talk to Redfin About Selling

## Cost of home ownership

## $456 per month

30 year fixed, 7.78% interest ⓘ                                          Customize calculations

- Mortgage payment                                                                    $375
- Property taxes                                                                            $59
- HOA dues                                                                                     Add
- Homeowners' insurance                                                              $22
- Utilities & Maintenance                                                                Add

## Rental Estimate for 732 Marlyn Rd

Our gears are turning, but we don't have enough information to generate an accurate estimate at this time. Learn more about the Rental Estimate.

Edit Home Facts to make sure we've got the right info.

$—

**Market trends for West Philadelphia**        $1,200 / mo            +0%
Townhouse, 3 beds                              Median rent            Since Mar 2019

Rental estimate based on recent rentals.

## About This Home

732 Marlyn Rd is a townhouse in Philadelphia, PA 19151. This 1,162 square foot townhouse sits on a 1,304 square foot lot and features 3 bedrooms and 1 bathroom. This property was built in 1925 and last sold for $54,900. Based on Redfin's Philadelphia data, we estimate the home's value is $126,852. Comparable nearby homes include 724 Marlyn Rd, 1516 N Felton St, and 923 Kenmore Rd. Nearby schools include Cassidy Lewis C AC Plus School, Philadelphia Harambee Inst Charter School and 63rd St Multicultural Academy of Academic Excellence. The closest grocery stores are ShopRite, Sabzi Mandi and Bills Market. Nearby coffee shops include The Crimson Cafe, Five Points Coffee and Sweet Treat Hut. Nearby restaurants include Vincent's Pizza, Haverford Grill & Soul and Jaggie's Restaurant. 732 Marlyn Rd is near Cobbs Creek, Morris Park and Cobbs Creek. This address can also be written as 732 Marlyn Road, Philadelphia, Pennsylvania 19151.

**Your comments**

Add a comment...                                                      Save

Visible only to you                                                   Add co-buyer

Map Nearby Homes For Sale | Expand Map | Street View | Directions

## Public Facts for 732 Marlyn Rd

### Taxable Value

| | |
|---|---|
| Land | $16,530 |
| Additions | $93,670 |
| Total | $110,200 |

### Tax Record

| | |
|---|---|
| 2020 | **$1,543** |

### Home Facts

Edit Facts

| | |
|---|---|
| Beds | 3 |
| Baths | 1 |
| Sq. Ft. | 1,162 |
| Stories | 2 |

| | |
|---|---|
| Lot Size | 1,304 Sq. Ft. |
| Style | Townhouse |
| Year Built | 1925 |

| | |
|---|---|
| Year Renovated — | APN  344279800 |
| County  Philadelphia County | |

Home facts updated by county records on Mar 10, 2020.

# Listing Details for 732 Marlyn Rd

This data may not match public records. Learn more.

## Interior Features, Exterior Features, Taxes / Assessments

**Room Information**
- # of Rooms: 6

**Assessor Information**
- Assessment Year: 2020

**Exterior Information**
- Phyiscal Condition: Average
- Exterior Wall: Brick

## Property / Lot Details

**View Information**
- View: Typical

**Property Information**
- Living Sq. Ft: 1,162
- Building Sq. Ft: 1,162
- # of Stories: 2
- Legal Description: 265'6 1/4" N MEDIA ST; 15'2"X86'

**Lot Information**
- # of Buildings: 1
- Land Sq. Ft: 1,304
- Legal Lot Number: 63

- Legal Block Number: 68N16
- Municipality Name: PHILADELPHIA
- Land Use Code: Townhouse/Rowhouse
- Acres: 0.0299
- Depth Footage: 86
- Front Footage: 15.16
- Zoning Code: RM1
- County Use Description: RES-ROW (3 OR MORE), 2 STORIES

**Location Information**
- Parcel Location Influence: Interior

# Property History for 732 Marlyn Rd

**Today**

○ Nov 6, 1996 | Sold (Public Records) | $54,900
Date | Public Records | Price

**Aug, 1995**

○ Aug 2, 1995 | Listed | *
Date | BRIGHT MLS #PAPH767978 | Price

# Activity for 732 Marlyn Rd



| 0 | 0 | 0 | 0 |
| Views | Favorites | X-Outs | Redfin Tours |

# Schools

This home is within the Philadelphia City School District.

**Showing nearby schools.** Please check the school district website to see all schools serving this home.

GreatSchools Rating

| | | | | |
|---|---|---|---|---|
| **1**/10 | **Cassidy Lewis C Ac Plus School**<br>Public • K to 7 • Serves this home | 407<br>Students | ★★★☆☆<br>5 reviews | 0.1 mi<br>Distance |
| **2**/10 | **Philadelphia Harambee Inst Charter School**<br>Charter • K to 8 • Nearby school | 537<br>Students | ★★★☆☆<br>16 reviews | 0.2 mi<br>Distance |
| **NR** | **63rd St Multicultural Academy of Academic Excellence**<br>Private • Preschool to 12 • Nearby school | 75<br>Students | N/A<br>0 reviews | 0.3 mi<br>Distance |
| **4**/10 | **Overbrook Education Center**<br>Public • K to 8 • Nearby school | 259<br>Students | ★★★★★<br>6 reviews | 0.3 mi<br>Distance |
| **1**/10 | **Overbrook High School**<br>Public • 9 to 12 • Serves this home | 553<br>Students | ★★☆☆☆<br>4 reviews | 0.7 mi<br>Distance |

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

# Neighborhood Info for 732 Marlyn Rd

Redfin > Pennsylvania > Philadelphia County > Philadelphia > Overbrook

## Transportation in Overbrook

      

3/23/2020　　　　　　　　　　　　　　　　7 Healthy 3/23/adelphia Entered Room

Case 16-13900-amc    Doc 55-2    Filed 03/23/20    Entered 03/23/20 15:57:46    Desc
Exhibit $126   852.00 - Property Valuation    Page 10 of 16

| **85** /100 | **68** /100 | **61** /100 |
|---|---|---|
| Very Walkable | Good Transit | Bikeable |

This area is **very walkable** — most errands can be accomplished on foot. **Transit is good**, with many nearby public transportation options. There is **some amount of infrastructure for biking**.

### Overbrook Real Estate Sales (Last 30 days)

| | | | |
|---|---|---|---|
| Median List Price | **$180K** | Avg. # Offers | **1** |
| Median $ / Sq. Ft. | **$131** | Avg. Down Payment | **20.0%** |
| Median Sale / List | **97.1%** | # Sold Homes | **23** |

### Market Competition in Overbrook
Calculated over the last 3 months

**50**　Somewhat Competitive
Redfin Compete Score™

0　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　100

- Some homes get multiple offers.
- Homes sell for about 2% below list price and go pending in around 59 days.
- Hot Homes can sell for around list price and go pending in around 31 days.

### Median Real Estate Values

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|
| Overbrook | $172,450 | $130 | 96.8% |
| West Philadelphia | $152,400 | $124 | 94.8% |
| 19151 | $150,000 | $129 | 98.6% |
| Philadelphia | $224,900 | $169 | 96.1% |
| Philadelphia County | $224,900 | $169 | 96.1% |

# Nearby Similar Homes

Homes similar to 732 Marlyn Rd are listed between $75K to $230K at an average of $100 per square foot.

**SHORT SALE**

**$75,000**

3 Beds   1 Bath   1,272 Sq. Ft.

1743 N 59th St, Philadelphia, PA 19151

Hardwood Floor     Porch

**$104,900**

3 Beds   1 Bath   1,040 Sq. Ft.

921 Flanders Rd, Philadelphia, PA 19151

**$78,000**

3 Beds   1 Bath   1,162 Sq. Ft.

1464 N 60th St, Philadelphia, PA 19151

### $150,000
3 Beds   1.5 Baths   1,232 Sq. Ft.

1632 N Edgewood St, Philadelphia, PA 19151

### $150,000
— Beds   — Baths   1,126 Sq. Ft.

1719 N Redfield St, Philadelphia, PA 19151

### $115,000
6 Beds   2.5 Baths   2,591 Sq. Ft.

6046 W Oxford St, Philadelphia, PA 19151

Garage   Parking   Fireplace   Deck

### $112,000
3 Beds   1.5 Baths   1,110 Sq. Ft.

607 Marlyn Rd, Philadelphia, PA 19151

Yard   Fireplace   Brick Exterior

### $130,000
3 Beds   1 Bath   1,116 Sq. Ft.

6625 Lotus Rd, Philadelphia, PA 19151

Brick Exterior   Porch

### $229,900
3 Beds   2.5 Baths   1,302 Sq. Ft.

6326 Haverford Ave, Philadelphia, PA 19151

Deck   Granite Countertops

# Nearby Recently Sold Homes

Nearby homes similar to 732 Marlyn Rd have recently sold between $50K to $190K at an average of $110 per square foot.

SOLD DEC 13, 2019

**$152,900** Last Sold Price

3 Beds   1 Bath   1,260 Sq. Ft.

823 N 66th St, Philadelphia, PA 19151

Hardwood Floor

SOLD OCT 31, 2019

**$85,000** Last Sold Price

3 Beds   1.5 Baths   1,275 Sq. Ft.

618 N 67th St, Philadelphia, PA 19151

Brick Exterior

SOLD FEB 21, 2020

**$95,000** Last Sold Price

3 Beds   1 Bath   1,342 Sq. Ft.

1636 N 61st St, Philadelphia, PA 19151

## Nearby Properties

6450 Lansdowne Ave, Philadelphia, PA
3 Beds | 1 Baths | 1254 Sq. Ft.

6444 Lansdowne Ave, Philadelphia, PA
3 Beds | 1 Baths | 1254 Sq. Ft.

718 Marlyn Rd, Philadelphia, PA
3 Beds | 1 Baths | 1162 Sq. Ft.

712 Marlyn Rd, Philadelphia, PA
3 Beds | 1 Baths | 1162 Sq. Ft.

3/23/2020, 732 Marlyn Rd, Philadelphia - Redfin

Case 16-13900-amc    Doc 55-2    Filed 03/23/20    Entered 03/23/20 15:57:46    Desc
Exhibit $126,852.00 - Property Valuation    Page 14 of 16

[742 Marlyn Rd, Philadelphia, PA](#)
3 Beds | 1 Baths | 1162 Sq. Ft.

Show More

## More Real Estate Resources

**New Listings in 19151**

6100 W Oxford St
607 Marlyn Rd
6124 W Oxford St
1514 N Edgewood St
6326 Haverford Ave
921 Flanders Rd

Show More

**Zip Codes**

19149 Homes For Sale
19119 Homes For Sale
19152 Homes For Sale
19144 Homes For Sale
19146 Homes For Sale

**Neighborhoods**

Moorestown Homes For Sale
Northern Liberties Homes For Sale
Jenkintown Homes For Sale
Havertown Homes For Sale
Brewerytown Homes For Sale
Point Breeze Homes For Sale

Show More

3/23/2020 732 Marlyn Rd, Philadelphia, PA 19151 | Redfin

Case 16-13900-amc    Doc 55-2    Filed 03/23/20    Entered 03/23/20 15:57:46    Desc
Exhibit $126,852.00 - Property Valuation    Page 15 of 16

**Nearby Cities**

Ardmore Homes For Sale
King of Prussia Homes For Sale
Haddonfield Homes For Sale
Malvern Homes For Sale
Collingswood Homes For Sale
Princeton Homes For Sale
Show More ⌄

**Minor Civil Divisions**

Medford Township Homes For Sale
Mount Laurel Township Homes For Sale
Hamilton Township Homes For Sale
West Windsor Township Homes For Sale
Cinnaminson Township Homes For Sale

**Popular Searches**

Philadelphia Townhouses
Philadelphia Vintage
Philadelphia Homes with Pools
Philadelphia Condos
Philadelphia Cheap Homes
Philadelphia Waterfront
Show More ⌄

| | | | |
|---|---|---|---|
| About | Agent Referrals | | Updated January 2020: By searching, you agree to the [Terms of Use](#), and [Privacy Policy](#). |
| Press | Contact Us | | |
| Investor Relations | Help | Countries | Copyright: © 2020 Redfin. All rights reserved. Patent pending. |
| Blog | Mobile | United States | REDFIN and all REDFIN variants, TITLE FORWARD, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO. |
| Jobs | | Canada | |

California DRE #01521930

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.